IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ALLEN,

    Plaintiff,                            No. 2:10-cv-0388 GEB KJN P

    vs.

W. WOOD, et al.,

    Defendants.                        <u>ORDER</u>

_____/

        Plaintiff is a state prisoner proceeding without counsel, with a civil rights action pursuant to 42 U.S.C. § 1983. By order filed March 31, 2011, the United States Marshal was directed to serve process on defendants in this action, including Q. Anderson. On April 15, 2011, the United States Marshal returned service unexecuted on Q. Anderson because that individual is deceased. In light of the suggestion of Q. Anderson's death upon the record, the Clerk of the Court will be directed to serve a copy of the USM-285 form returned by the Marshal on plaintiff together with a copy of this order. Service of such form will invoke the ninety day time limit for filing a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).

////

////

1

1       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court shall serve
2 on plaintiff forthwith a copy of the USM-285 form returned by the United States Marshal on
3 April 15, 2011, together with this order.  Plaintiff may, within ninety days after service of this
4 order, file a motion for substitution pursuant to Federal Rule of Civil Procedure 25(a)(1).  Failure
5 of plaintiff to timely file such motion will result in the dismissal from this action of Q. Anderson
6 and any potential successive defendant against whom the same claims could be made.
7       SO ORDERED.
8 DATED: April 21, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alle0388.death.def