IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

WAYNE ALLEN,

      Plaintiff,               No. 2:10-cv-0388 GEB KJN P

   vs.

W. WOOD, et al.,

      Defendants.           ORDER

_____/

      Plaintiff is a state prisoner proceeding without counsel and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.  In a request submitted to prison officials on August 18, 2011, and filed in this court on August 23, 2011, plaintiff requests a 45-day extension of time within which to respond to defendants' discovery requests.  Plaintiff states that he requires the additional time because he is still waiting for the release of his complete medical file, which will contain information relevant to plaintiff's discovery responses.  (Dkt. No. 42.) The discovery deadline in this case is currently September 30, 2011.  (Dkt. No. 33.)

////

////

////

////

1

1   For good cause shown, IT IS HEREBY ORDERED that the discovery deadline in
2 this action is hereby extended to, and including, Friday, October 7, 2011.
3 DATED: August 26, 2011

_____
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE

alle0388.eot